**Daniel Snyder, OSB No. 78385**
dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205

Telephone: (503) 241-3617
Facsimile: (503) 241-2249

      Of Attorneys for Plaintiff


# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **SHEILA SCHATZ,** | Case No. 1:20-cv-01805-CL |
| PLAINTIFF, | **STIPULATED NOTICE OF DISMISSAL** |
| v. | |
| **OPTIONS FOR SOUTHERN OREGON,** | |
| DEFENDANT. | |


It is hereby stipulated by the parties that the parties have resolved this lawsuit and that the


PAGE 1 – STIPULATED NOTICE OF DISMISSAL

Court may dismiss this lawsuit with prejudice, and without award of costs or attorney fees to either side.

DATED: March 4, 2021

/s/ Daniel Snyder
Daniel Snyder, OSB No. 783856
dansnyder@lawofficeofdanielsnyder.com
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
        Of Attorneys for Plaintiff

DATED: March 4, 2021

s/MaryannYelnosky
Maryann Yelnosky, OSB No. 863200
maryann@arboremploymentlaw.com
Telephone: (503) 832-7075
        Of Attorneys for Defendant

PAGE 2 – STIPULATED NOTICE OF DISMISSAL